THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLDALYS ORTEGA, Appellant.

Submitted November 2, 2009; decided November 19, 2009

Reported below, 64 AD3d 422.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

EDDIE SALAS, Appellant, v NEW YORK CITY POLICE DEPARTMENT, Respondent.

Submitted August 10, 2009; decided November 19, 2009

Reported below, 63 AD3d 468.

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).